Submitted on briefs March 8, affirmed March 22, 1976

FISHER, *Petitioner,*
*v.*
EMPLOYMENT DIVISION et al,
*Respondents.*
(CA No. 5156, 75-AB-651)
546 P2d 1121

Submitted on briefs March 8, 1976.

Gene A. Killeen, attorney for petitioner.

Lee Johnson, attorney for respondent Employment Division.

No appearance for respondent Payless Drugs Northwest.

Before Schwab, Chief Judge, and Langtry and Thornton, Judges.

PER CURIAM.

Affirmed. *Cantrell v. Employment Division,* 24 Or App 215, 545 P2d 143 (1976).